NO. 07-08-0037-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 29, 2008

______________________________

THE STATE OF TEXAS FOR THE PROTECTION

OF KATHLEEN TRIGGS

_________________________________

FROM THE 64
TH
 DISTRICT COURT OF HALE COUNTY;

NO. A35742-00711; HONORABLE ROBERT W. KINKAID, JR., JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION

Appellant Douglas E. Triggs, acting pro se, filed a notice of appeal on January 11, 2008.   On appeal, he did not pay the filing fee required under the Rules of Appellate Procedure.  Nor did he file an affidavit of indigence in conformity with Rule of Appellate Procedure 20.1.  By letter from this Court dated January 14, 2008, we advised appellant that “the filing fee in the amount of $175.00 has not been paid.  Failure to pay the filing fee within ten (10) days from the date of this notice may result in a dismissal.”  
Tex. R. App. P. 
42.3(c). 
Appellant has not paid the fee as directed or filed an affidavit of indigence.  

Accordingly, we dismiss the appeal.  
See
 
Tex. R. App. P. 
5, 42.3(c). 

Mackey K. Hancock

        Justice